# United States Court of Appeals
### For the First Circuit

_____

No. 23-1779

UNITED STATES,

Appellee,

v.

VLADISLAV KLYUSHIN, a/k/a John Doe 1, a/k/a Vladislav Kliushin,

Defendant - Appellant.

_____

**ORDER OF COURT**

Entered: March 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellant Vladislav Klyushin on March 7, 2024, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b),** requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). *The caption on the appellant's brief and appendix does not match the caption used by this court.*

- **Fed. R. App. P. 30(d)**, requiring that the appendix begin with a table of contents identifying the page at which each part begins. The relevant docket entries must follow the table of contents. The appendix must be consecutively paginated. *The appellant's appendix has a table of contents, however, some of the materials included in the appendix are not paginated in correspondence with the table of contents (e.g., the transcript at pp. 1709-1895). The pages need to be numbered consecutively throughout the appendix, and the page numbers must match those referenced in the table of contents.*

Appellant Vladislav Klyushin is ordered to file a conforming brief and appendix by **March 27.2024**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Seth B. Kosto
Donald Campbell Lockhart
Stephen Emanuel Frank
Karen Lisa Eisenstadt
Marc Fernich
Maksim Nemtsev