# United States Court of Appeals
### For the First Circuit

_____

No. 23-1779

UNITED STATES,

Appellee,

v.

VLADISLAV KLYUSHIN, a/k/a John Doe 1, a/k/a Vladislav Kliushin,

Defendant - Appellant.

_____

**ORDER OF COURT**

Entered: March 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

    In light of the order entered on March 20, 2024, directing Appellant Vladislav Klyushin to file a conforming brief by March 27, 2024, Appellant's motion for leave to file an oversized brief and to extend time to file the brief is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Seth B. Kosto
Donald Campbell Lockhart
Stephen Emanuel Frank
Karen Lisa Eisenstadt
Marc Fernich
Maksim Nemtsev