

U.S. Department of Justice

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 8, 2024

<u>Filed Electronically</u>

Maria R. Hamilton, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re:    United States v. Vladislav Klyushin**
        **Appeal No. 23-1779**

Dear Ms. Hamilton:

As the Court is likely aware, there was a recent exchange of prisoners among several countries, including the United States and the Russian Federation. I write to notify the Court that, as part of that exchange, Defendant-Appellant Vladislav Klyushin was released from Bureau of Prisons custody and received the attached Executive Grant of Clemency commuting the term of imprisonment previously imposed in this matter to time served.

The government notes that the sixth condition of the Grant of Clemency provides that "the said Vladislav Klyushin shall waive and release any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States of America, its agents, servants, and employees, *including any actions challenging his conviction or sentence*." (emphasis added).

Respectfully submitted,

						JOSHUA S. LEVY
						Acting United States Attorney

				By:	/s/ *Karen L. Eisenstadt*
					Karen L. Eisenstadt
					Assistant U.S. Attorney

cc:	Maksim Nemtsev
	20 Park Plaza, Suite 1000
	Boston, MA 02116

	Marc Fernich
	800 Third Avenue, Floor 20
	New York, NY 10022