# Maksim Nemtsev, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116

Phone: (617) 227-3700
Cell: (347) 251-4800
Fax: (718) 701-5922
E-Mail: max@mnpc.law

August 8, 2024

**VIA ELECTRONIC FILING**
Maria R. Hamilton, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**RE:** *United States v. Vladislav Klyushin*
Appeal No. 23-1779

Dear Clerk of Court:

After consulting with the Pardon Office, through the Assistant United States Attorneys assigned to the case and confirming that Paragraph (6) of the Grant of Clemency was intended to cover appeals, we respectfully inform this Honorable Court that Mr. Klyushin will not take further action on his appeal.

Respectfully submitted,

Maksim Nemtsev

Cc:

Karen Eisenstadt
Assistant United States Attorney