# United States Court of Appeals
## For the First Circuit

---

No. 23-1779

UNITED STATES,

Appellee,

v.

VLADISLAV KLYUSHIN, a/k/a John Doe 1, a/k/a Vladislav Kliushin,

Defendant - Appellant.

---

Before

Montecalvo, Kayatta and Rikelman,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: November 14, 2024

  This is a direct criminal appeal in which the President issued an Executive Grant of Clemency on July 26, 2024 (the "<u>Grant</u>") in which he commuted defendant-appellant's nine-year sentence to time served. As a result of the Grant, defendant-appellant submitted a letter to this court in which he represented that he "will not take further action on his appeal." On August 22, 2024, this court issued an order requiring the parties to address the impact of the commutation on the pending appeal. We have received the parties' responses. Having carefully considered the responses and relevant parts of the appellate and district court records, this appeal is dismissed, with each party to bear its own costs. <u>See</u> Fed. R. App. P. 42(b)(2).

                By the Court:

                Anastasia Dubrovsky, Clerk

cc:
Carol Elisabeth Head, Seth B. Kosto, Donald Campbell Lockhart, Stephen Emanuel Frank, Karen Lisa Eisenstadt, Marc Fernich, Maksim Nemtsev